ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Ronald W. Novotny, SBN 100041, RNovotny@aalrr.com
Ann K. Smith, SBN 150104, ASmith@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Fax: (562) 653-3333

Attorneys for Defendant BNSF RAILWAY COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BERNARD STINSON, an individual, | Case No. ED CV 14-00143 AB (SPx) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| BNSF RAILWAY COMPANY, a Delaware Corporation, BNSF LOGISTICS INTERNATIONAL, INC., a Delaware Corporation, and DOES 1-100, inclusive, | |
| Defendants. | |

The Motion of Defendant BNSF Railway Company came on for hearing in Courtroom 790 of this Court, the Honorable Andre Birotte Jr., presiding, on December 22, 2014. Ronald W. Novotny and Ann K. Smith of Atkinson, Andelson, Loya, Ruud & Romo appeared on behalf of Defendant, and Gail Glick of Alexander Krakow + Glick appeared on behalf of Plaintiff Bernard Stinson.

On January 14, 2015, the Court issued its Order Granting Defendant's Motion for Summary Judgment in its entirety.

The Court's Order Granting Defendant's Motion for Summary Judgment disposed of all of Plaintiff Bernard Stinson's claims for relief.

Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that a final judgment be and hereby is entered in favor of Defendant BNSF Railway Company.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant BNSF Railway Company shall be entitled to recover its costs of suit herein.

IT IS SO ORDERED:

DATED: January 27, 2015

_____
Honorable André Birotte Jr.
United States District Court Judge